IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., C.P. PHARMACEUTICALS INTERNATIONAL C.V., PF PRISM C.V., PBG PUERTO RICO LLC and PF PRISM IMB B.V., <br><br> Plaintiffs, <br><br> v. <br><br> BIOCON LIMITED, BIOCON PHARMA LIMITED and BIOCON PHARMA, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) C.A. No. _____ ) ) ) ) ) ) ) |

**SUPPLEMENTAL INFORMATION FOR PATENT CASES
INVOLVING AN ABBREVIATED NEW DRUG APPLICATION (ANDA)**

Plaintiff hereby provides the information below with respect to the deadlines set forth in 21 U.S.C. 355(j):

Date Patentee Received Notice:  No earlier than May 14, 2024

Date of Expiration of Patent:  December 8, 2025

Thirty Month Stay Deadline:  Upon expiration of the patent.


/s/ Megan E. Dellinger
Attorney(s) for Plaintiff

Dated: June 26, 2024